■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAN R., Appellant. — Judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered January 17, 1983, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Weinstein, J. P., Bracken, Rubin and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID TRAPANI, Appellant. — Judgment of the Supreme Court, Suffolk County (Jaspan, J.), rendered November 24, 1982, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Thompson, O'Connor and Brown, JJ., concur.